IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 0 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JESUS RAMIREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-01-214 |
| | § | |
| AFC ENTERPRISES, INC., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT AFC ENTERPRISES, INC.'S CERTIFICATE OF INTERESTED PARTIES

In compliance with the Court's Order for Conference and Disclosure of Interested Parties, Defendant AFC Enterprises, Inc. files the following Certificate of Interested Parties:

1. Defendant <u>AFC Enterprises, Inc.</u>
   Six Concourse Parkway, Suite 1700
   Atlanta, Georgia 30328-5352
   (770) 391-9500

   AFC Enterprises, Inc. has unincorporated operating divisions of Churchs Chicken and Popeyes Chicken & Biscuits. AFC Enterprises, Inc. also is affiliated with a limited partnership, CT Restaurants, L.P., and wholly-owned subsidiaries, AFC Holdings of Texas, L.L.C. and Church's Texas Holdings, L.L.C. The other separate wholly-owned subsidiaries of AFC Enterprises, Inc. are Torrefazione Italia, L.L.C., Seattle Coffee Company that operates as Seattle's Best Coffee, and Cinnabon International, Inc. that operates as Cinnabon World Famous Cinnamon Rolls.

2. Plaintiff Jesus Ramirez
   c/o Aaron I. Vela
   600 South Closner
   Edinburg Texas 78539
   Telephone: (956) 381-4440

Defendant is uncertain whether Plaintiff's counsel has a financial interest in the outcome of this litigation.

3. Defendant is unaware of any other persons, associations or entities that are financially interested in the outcome of this litigation.

Respectfully submitted,

_____
Gary D. Sarles
Texas Bar No. 17651100
Douglas C. Bracken
Texas Bar No. 00783697
**SARLES & OUIMET, L.L.P.**
370 Founders Square
900 Jackson Street
Dallas, Texas  75202-4436
Telephone:  (214) 573-6300
Telecopier:  (214) 573-6306

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of January 2002, a true and correct copy of this Certificate of Interested Parties was forwarded via first class mail to Plaintiff's counsel of record, Aaron I. Vela, 600 South Closner, Edinburg Texas 78539.

_____
Douglas C. Bracken