IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JESUS RAMIREZ | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-01-214 |
| | § | |
| | § | |
| AFC ENTERPRISES, INC. | § | |

### NOTICE OF DESIGNATION OF ATTORNEY IN CHARGE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COME** Plaintiff, Jesus Ramirez, designates **Law Office of Ricardo A. Garcia** as attorney in charge, in accordance with Southern District Local Rule 11.1.

Ricardo A. Garcia is a member in good standing with the State Bar of Texas and is admitted to practice before this court.

Ricardo A. Garcia's Federal Bar Number is 1095 and his office address, telephone, and fax number as follows:

> LAW OFFICE OF RICARDO A. GARCIA
> 820 S. Main
> McAllen, Texas 78501
> (956) 630-2882-Telephone
> (956) 630-5393-Fax

Respectfully submitted,

**LAW OFFICE OF AARON I. VELA**

By: *Aaron Vela with permission Ricardo A Garcia*
AARON I. VELA
State Bar No. 00797598
S.D. BAR NO. 212088
600 South Closner
Edinburg, Texas 78539
(956) 381-4440 - Telephone
(956) 381-4445 - Facsimile

ATTORNEY FOR PLAINTIFF,

**CERTIFICATE OF SERVICE**

I certify that a true copy of the above was served in accordance with the Texas Rules of Civil Procedure on April 26th 2002, on the following:

LAW OFFICE OF RICARDO A. GARCIA
Ricardo A. Garcia
820 S. Main
McAllen, Tx 78501

SARLES & OUIMET, L.L.P.
Douglas C. Bracker
370 Founders Square
900 Jackson St.
Dallas, Tx 75202

*Aaron Vela with permission Ricardo A. Garcia*
Aaron I. Vela