United States District Court
Southern District of Texas
FILED

APR 3 0 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS RAMIREZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. B-01-214 |
| § | |
| AFC ENTERPRISES, INC., § | |
| § | |
| Defendant. § | |

### DEFENDANT'S CASE MANAGEMENT PLAN

Pursuant to the Court's Order filed December 31, 2002; and FED. R. CIV. P. 16(b) and 26(f), Defendant in this lawsuit files the following Case Management Plan:

#### Meeting Requirement

Defendant's counsel called counsel of record for the Plaintiff, Aaron Vela, to schedule a time for the parties to meet by telephone more than 14 days prior to the initial pretrial conference. Mr. Vela did not return the call, but instead an assistant for another lawyer, Ricardo Garcia, called to confer regarding the Case Management Plan because Mr. Garcia was going to substitute in as counsel for the Plaintiff. She asked for a draft of the proposed Case Management Plan, which was forwarded to Mr. Garcia's office. At no time to date, however, has Mr. Garcia appeared in this matter or responded to the proposed Case Management Plan. Since neither Mr. Garcia nor Mr. Vela discussed the contents of the Case Management Plan for this case with Defendant's counsel, Defendant now submits this Case Management Plan to the Court.

#### Settlement Negotiations

Since no meeting was held between counsel for the parties, Defendant's counsel was unable to discuss settlement.

**Defendant's Case Management Plan -- Page 1**

<u>Proposals and Views</u>

1. <u>Proposed Deadlines:</u>    trial date: May 12, 2003.

    (a)    <u>to join other parties</u>: August 9, 2002

    (b)    <u>to file motions, including dispositive motions</u>: February 28, 2003.

    (c)    <u>to complete discovery</u>: March 14, 2003.

    (d)    <u>for Plaintiff to designate experts</u>: December 16, 2002.

        <u>for Defendant to designate experts</u>: January 13, 2003.

2. <u>Views and Proposals regarding Rule 26(f):</u>

    (a)    <u>initial disclosures</u>: Defendant proposes that initial disclosures be exchanged within 20 days after the Court has ruled on Defendant's Motion to Dismiss and/or on Plaintiff's Motion to Remand. Otherwise, the initial disclosures requirements would remain unchanged.

    (b)    <u>discovery</u>: Defendant proposes that discovery should be completed by March 14, 2003. Defendant anticipates that discovery in this personal injury case will likely involve medical records and bills, employment records, co-employees and witnesses and any other relevant issues that may arise during the course of discovery.

    (c)    <u>discovery rule changes</u>: Defendant does not anticipate at this time any deviations from the rules regarding discovery.

    (d)    <u>any other orders under Rules 26(c) or 16(b) and (c)</u>:

On December 31, 2001, Defendant moved to dismiss or, in the alternative, to compel arbitration before the American Arbitration Association pursuant to a pre-existing mutual arbitration agreement entered into between the Plaintiff and Defendant encompassing claims like this one. Defendant makes its proposals herein subject to and without waiving its right to arbitration through the pre-existing arbitration agreement between the parties.

**Defendant's Case Management Plan -- Page 2**

On January 28, 2002, Plaintiff filed Plaintiff's Motion to Remand to remand this case to the state court from which it was removed pursuant to diversity jurisdiction claiming there is not $75,000.00 in controversy in this case. Defendant responded that Plaintiff failed to establish to a legal certainty that less than $75,000.00 was in controversy when the case was removed.

Defendant will wait for rulings on these two motions pending before this Court before engaging in disclosures or discovery in this Court.

Respectfully submitted by:

_____
Gary D. Sarles
Attorney in charge
Texas Bar No. 17651100
S.D. Bar No. 19735
Douglas C. Bracken
Texas Bar No. 00783697
S.D. Bar No. 22646
**SARLES & OUIMET, L.L.P.**
370 Founders Square
900 Jackson Street
Dallas, Texas 75202-4436
Telephone: (214) 573-6300
Telecopier: (214) 573-6306
**ATTORNEYS FOR DEFENDANT,
AFC ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April 2002, a true and correct copy of this Certificate of Interested Parties was forwarded via first class mail to Plaintiff's counsel of record, Aaron I. Vela, 600 South Closner, Edinburg Texas 78539.

_____
Douglas C. Bracken

**Defendant's Case Management Plan -- Page 3**