IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 2 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS RAMIREZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. B-01-214 |
| | § | |
| AFC ENTERPRISES, INC., | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on May 2, 2002, the Court **ORDERED** the Parties to file a Joint Discovery/ Case Management Plan in compliance with Court Chamber Rule 7(A)(1) by May 7, 2002 at 3 p.m. The Parties are forewarned that failure to comply with an order of the Court may result in sanctions.

DONE this 2d day of May, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge