*10*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JESUS RAMIREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. B-01-214 |
| | § | |
| AFC ENTERPRISES, INC., | § | |
| | § | |
| Defendant. | § | |

## JOINT CASE MANAGEMENT PLAN

Pursuant to the Court's Order filed December 31, 2002, and FED. R. CIV. P. 16(b) and

26(f), the parties in this lawsuit jointly file the following Joint Case Management Plan:

### Meeting Requirement

Counsel for the parties met by telephone more than 14 days prior to the initial pretrial

conference and discussed the contents of this Joint Case Management Plan.

### Settlement Negotiations

At the meeting between counsel for the parties, counsel discussed settlement; however, a

settlement could not be reached at this time.

### Proposals and Views

1. Proposed Deadlines:    trial date: May 12, 2003.

    (a)    to join other parties: August 9, 2002

    (b)    to file motions, including dispositive motions: February 28, 2003.

    (c)    to complete discovery: March 14, 2003.

    (d)    for Plaintiff to designate experts: December 16, 2002.

            for Defendant to designate experts: January 13, 2003.

Joint Case Management Plan -- Page 1

## 2. Views and Proposals regarding Rule 26(f):

(a)     initial disclosures:  The parties have agreed to exchange initial disclosures within 20 days after the Court has ruled on Defendant's Motion to Dismiss and/or on Plaintiff's Motion to Remand.  Otherwise, the initial disclosures requirements would remain unchanged.

(b)     discovery:  The parties propose that discovery should be completed by March 14, 2003.  The parties anticipate that discovery in this personal injury case will likely involve medical records and bills, employment records, co-employees and witnesses and any other relevant issues that may arise during the course of discovery.

(c)     discovery rule changes:  The parties do not anticipate at this time any deviations from the rules regarding discovery.

(d)     any other orders under Rules 26(c) or 16(b) and (c):

On December 31, 2001, Defendant moved to dismiss or, in the alternative, to compel arbitration before the American Arbitration Association pursuant to a pre-existing mutual arbitration agreement entered into between the Plaintiff and Defendant encompassing claims like this one.  Defendant makes its proposals herein subject to and without waiving its right to arbitration through the pre-existing arbitration agreement between the parties.

On January 28, 2002, Plaintiff filed Plaintiff's Motion to Remand to remand this case to the state court from which it was removed pursuant to diversity jurisdiction claiming there is not $75,000.00 in controversy in this case.  Defendant responded that Plaintiff failed to establish to a legal certainty that less than $75,000.00 was in controversy when the case was removed.

The parties will wait for rulings on these two motions pending before this Court before engaging in disclosures or discovery in this Court.

**Joint Case Management Plan -- Page 2**

Respectfully submitted jointly by:

---

Gary D. Sarles
Attorney in charge
Texas Bar No. 17651100
S.D. Bar No. 19735
Douglas C. Bracken
Texas Bar No. 00783697
S.D. Bar No. 22646
**SARLES & OUIMET, L.L.P.**
370 Founders Square
900 Jackson Street
Dallas, Texas 75202-4436
Telephone: (214) 573-6300
Telecopier: (214) 573-6306
**ATTORNEYS FOR DEFENDANT,
AFC ENTERPRISES, INC.**

---

Aaron I. Vela
Texas Bar No. 00797598
S.D. Bar No. 212088
**Law Office of Aaron I. Vela**
600 South Closner
Edinburg, Texas 78539
Telephone: (956) 381-4440
Telecopier: (956) 381-4445
**ATTORNEY FOR PLAINTIFF,
JESUS RAMIREZ**

**Joint Case Management Plan -- Page 3**