

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS RAMIREZ, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | C.A. B-01-214 |
| | § | |
| AFC ENTERPRISES, INC., | § | |
|    Defendant. | § | |

## ORDER

BE IT REMEMBERED that on May 8, 2002, the Court **ORDERED** the Parties to **SHOW CAUSE** why sanctions should not be levied against them for failure to file a Joint Discovery/ Case Management Plan in compliance with Court Chamber Rule 7(A)(1) by May 7, 2002 at 3 p.m, as ordered on May 2, 2002 [Dkt. No. 9].

The Court originally received a case management plan from Defendant only [Dkt. No. 8], which did not comply with the Court's Chamber Rules, because it a) was not jointly filed and b) does not provide the information required by the Court. After the Court's May 2, 2002 order, a "joint" case management plan was filed [Dkt. No. 10], signed this time only by Plaintiff's attorney, which also fails to comply with the Chamber Rules. It is in fact a copy of the plan filed by Defendant. Aside from the Parties' failure to file jointly, the plan fails to comply with Court Chamber Rule 7(A)(1) as it fails to follow the form Joint Discovery/ Case Management Plan attached to the Chamber Rules. The Chamber Rules are available through the Clerk's office.

The Parties were forewarned that failure to comply with an order of the Court may result in sanctions, and are hereby **ORDERED** to **SHOW CAUSE** why such sanctions should not be levied. Such cause shall be shown at the initial pretrial conference on May 13, 2002.

DONE this 8th day of May, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge