United States District Court
Southern District of Texas
FILED

MAY 13 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JESUS RAMIREZ<br>Plaintiff<br>vs.<br><br>AFC ENTERPRISES, INC,<br>Defendant | § § § § § § § | CIVIL ACTION NO. B-01-214 |

## MOTION TO APPEAR

TO THE HONORABLE UNITED STATES DISTRICT JUDGE OF SAID COURT:

**NOW COMES JESUS RAMIREZ**, Plaintiff in the above-entitled and numbered cause, by and through his attorney of record, AARON I. VELA and files this his Motion To Appear and for cause would show the Court as follows:

1. The undersigned, attorney at law, is licensed to practice law by the State of Texas, is member in good standing of the Bar of the United States District Court for the Southern District of Texas.

2. Leave to appear in place of Attorney In Charge, RICARDO A. GARCIA, for Plaintiff for the 1:30 p.m. hearing set for May 13, 2001.

3. Attorney, AARON I. VELA, is familiar with the facts of this case, and is fully authorized to act in this matter.

4. Attorney RICARDO GARCIA is unable to appear at the May 13, 2002 hearing since he has a previous commitment at which he is required to be present.

5. Attorney, AARON I. VELA submits to the jurisdiction of this Court for discipline purpose and to the local rules and certify that he will be available for hearing on forty-eight (48) hours notice.

**WHEREFORE, PREMISES CONSIDERED**, Attorney, AARON I. VELA prays the Court for Leave to Appear as Counsel for Plaintiff together with general relief.

Respectfully Submitted,

Aaron I. Vela
Federal I.D. No. 21088
State Bar No. 00797598
Law Office of Aaron I. Vela
600 South Closner
Edinburg, Texas 78539
Telephone (956) 381-4440
Facsimile (956) 381-4445

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on the _13th_ day of May, 2002, a true and correct copy of the foregoing Motion to Appear has been hand delivered to the following Counsel of record:

Douglas C. Bracken
**SARELES & OUIMET, L.L.P.**
370 Founders Square
900 Jackson Street
Dallas, Texas 75202-4436

Aaron I. Vela