/15

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS RAMIREZ,<br>  Plaintiff, | §<br>§<br>§ | |
| v. | § | C.A. B-01-214 |
| | § | |
| AFC ENTERPRISES, INC.,<br>  Defendant. | §<br>§<br>§ | |

ORDER

BE IT REMEMBERED that on May 13, 2002, the Court **GRANTED** Defendant's Motion to Dismiss [Dkt. No. 2] without prejudice to refile.

DONE this 14th day of May, 2002 at Brownsville, Texas.

Hilda G. Tagle
United States District Judge